UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.  12-cv-00807-AP

HERBERT J. WATSON,

Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff:</u>
Hull & Zimmerman, P.C.
Michael P. Zimmerman, Esq.
11178 Huron Street, Unit 2
Northglenn, CO 80234
Phone:  303-423-1770
Facsimile:  303-423-2102
Email:  mike@hzinjurylaw.com

<u>For Defendant:</u>
Michael S. Howard
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Phone: 303-844-7192
E-mail: Michael.howard@ssa.gov

William G. Pharo
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Phone:  303-454-0100
Email:  William.Pharo@usdoj.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:**
    March 29, 2012

    **B.     Date Complaint Was Served on U.S. Attorney's Office:**
    April 2, 2012

    **C.     Date Answer and Administrative Record Were Filed:**
    May 30, 2012

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The record is adequate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

No additional evidence is anticipated.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This matter does not involve any unusual claims or defenses.

**7.     OTHER MATTERS**

Not applicable.

**8.     BRIEFING SCHEDULE**

    **A.     Plaintiff's Opening Brief Due:**
    July 26, 2012

    **B.     Defendant's Response Brief Due:**
    August 27, 2012

    **C.     Plaintiff's Reply Brief (If Any) Due:**
    September 11, 2012

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.     Plaintiff's Statement:**

Plaintiff believes that an oral argument would be appropriate.

**B.     Defendant's Statement:**

Please note that the Commissioner does not request an oral argument at this time.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.     ( )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.     (x)  **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

DATED this 20th day of June, 2012.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

| APPROVED: | UNITED STATES ATTORNEY |
|---|---|
| *Original signature on file at the office Of Hull & Zimmerman, P.C.* | *Original signature on file at the Office of the General Counsel* |
| /s/ Michael P. Zimmerman | /s/ Michael S. Howard |
| HULL & ZIMMERMAN, P.C. | By:  MICHAEL S. HOWARD |
| MICHAEL P. ZIMMERMAN | Special Assistant United States Attorney |
| 11178 Huron Street, Unit 2 | Assistant Regional Counsel |
| Northglenn, CO 80234 | Office of the General Counsel |
| Telephone:  303-423-1770 | Social Security Administration |
| mike@hzinjurylaw.com | 1001 Seventeenth Street |
| Attorneys for Plaintiff | Denver, CO 80202 |
| | Telephone:  303-844-7192 |
| | Michael.howard@ssa.gov |
| | Attorneys for Defendant |