IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-00807-PAB

HERBERT J. WATSON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

_____

**ORDER**
_____

This matter comes before the Court on the Unopposed Motion for Attorney's Fees Under EAJA [Docket No. 22] filed by plaintiff Herbert J. Watson. Plaintiff requests an award of $2,081.25 in attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, Docket No. 22 at 2, ¶ 5, but the parties agree that the fees must be paid to plaintiff. *Id.* at 1, ¶ 4. Plaintiff represents that the Acting Commissioner of Social Security, Carolyn W. Colvin, has no objection to the amount requested. *Id.* at 1. The Court has reviewed the pleading and is fully advised of the premises.

Accordingly, it is

**ORDERED** that the Unopposed Motion for Attorney's Fees Under EAJA [Docket No. 22] is **GRANTED**. Defendant is ordered to pay the amount of $2,081.25 to plaintiff for attorney's fees under the EAJA, 28 U.S.C. § 2412(d). It is further

**ORDERED** that the EAJA attorney fee award shall be made payable to plaintiff and mailed to plaintiff's attorney pursuant to *Manning v. Astrue*, 510 F.3d 1246, 1251

(10th Cir. 2007).  It is further

**ORDERED** that, if it is determined upon effectuation of this Order that plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and the Commissioner agrees to accept the assignment, the fee awarded herein shall be made payable to plaintiff's attorney.  If there is such a debt, any fee remaining after offset will be payable to plaintiff and delivered to plaintiff's attorney.

DATED February 4, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge